NUMBER 13-00-459-CR




COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


__________________________________________________________________


MARIA ELENA DAVILA
, Appellant,


v.



THE STATE OF TEXAS, Appellee.

__________________________________________________________________


On appeal from the 206th District Court 


of Hidalgo County, Texas.


___________________________________________________________________


O P I N I O N



Before Justices Dorsey, Rodriguez, and Castillo


Opinion Per Curiam



 Appellant, MARIA ELENA DAVILA, perfected an appeal from a
judgment entered by the 206th District Court of Hidalgo County, Texas, 
in cause number CR-004-00-D. On December 21, 2000, this cause was
abated, and the trial court was directed to conduct a hearing in
accordance with Tex. R. App. P. 38.8(b)(2). The trial court's findings and
recommendations were received on January 17, 2001. The trial court
found that the appellant does not wish to prosecute her appeal.

 The Court, having considered the documents on file and the trial
court's findings and recommendations, is of the opinion that the appeal
should be dismissed. The appeal is hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 1st day of February, 2001.